THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN FORMATO, JAMES MORELLO, PASQUALE LEPORE and HUGO TORRE, Respondents.

Submitted November 28, 1955; decided December 1, 1955.

Motion for a further enlargement of time granted and case set down for argument during the January, 1956, session of the Court of Appeals.